**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Francisco ROSALES–HERNANDEZ, Defendant–Appellant.**

**No. 13–10506.**

United States Court of Appeals, Ninth Circuit.

Submitted April 22, 2015.*

Filed April 27, 2015.

Mark S. Kokanovich, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Mark Paige, Mesa, AZ, for Defendant–Appellant.

*See* Fed. R.App. P. 34(a)(2).

Before: GOODWIN, BYBEE, and CHRISTEN, Circuit Judges.

## MEMORANDUM [**]

Francisco Rosales–Hernandez appeals from the district court's judgment and challenges his guilty-plea conviction and 70–month sentence for conspiracy to transport and harbor illegal aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii), (iii) and (v)(1); and conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Rosales–Hernandez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Rosales–Hernandez has filed a pro se supplemental brief. No answering brief has been filed.

Rosales–Hernandez has waived the right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009). Rosales–Hernandez's contention that the government breached the plea agreement is not supported by the record because Rosales–Hernandez received the three-level reduction for acceptance of responsibility that he was promised. Moreover, the district court did not provide an unqualified advisement that Rosales–Hernandez retained the right to appeal. *See United States v. Arias–Espinosa,* 704 F.3d 616, 618–20 (9th Cir.2012). We accordingly dismiss the appeal. *See Watson,* 582 F.3d at 988.

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

Saul M. Huerta, Tucson, AZ, for Defendant–Appellant.

Before: GOODWIN, BYBEE, and CHRISTEN, Circuit Judges.

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provid-